IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV337 |
| v. | ) ) | |
| MDK, INC., d/b/a K-LINE ELECTRIC TRAINS, a North Carolina Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the notice of stay that defendant is under the protection of Chapter 11 of the United States Bankruptcy Code in the Eastern District of North Carolina (Filing No. 5). Accordingly,

IT IS ORDERED:

1) This action is stayed pending the bankruptcy proceeding.

2) The parties shall file a written report on or before February 3, 2006, concerning the status of the bankruptcy proceeding.

DATED this 3rd day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court