# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05cv337** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MTK INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 7 be stricken from the record for the following reason(s):

•   Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 7 from the record.

DATED this 5th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge