# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) ) | 8:05cv337 |
| vs. | ) ) | **ORDER** |
| **MTK INC.,** | ) ) ) | |
| Defendant. | ) | |

The plaintiff's attorney requested that Document Number 9 be stricken from the record for the following reason:

- The size of the document causes it to be illegible.

The plaintiff's attorney will re-file the document.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall strike Document Number 9 from the record.

Dated this 6th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge