IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV337 |
| v. | ) ) | |
| MDK, INC., d/b/a K-LINE ELECTRIC TRAINS, a North Carolina Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the notice of dismissal (Filing No. 16). Pursuant thereto,

IT IS ORDERED that this action is dismissed without prejudice.

DATED this 13th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court